**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**LEE MADDEN, JR.,**                                                                         **PLAINTIFF**
**ADC #136534**

**v.**            **CASE NO. 2:10CV00171 BSM/HDY**

**FELICIA BELL**                                                                     **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The relief sought by plaintiff Lee Madden, Jr. is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of October, 2010.

                                                                                       /s/ Brian S. Miller
                                                          UNITED STATES DISTRICT JUDGE